IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEASON PETERS | : | CIVIL ACTION |
| vs. | : | |
| ROLL-A-BOUT CORPORATION, et al | : | NO. 12-5061 |

FILED
JUL 17 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW, TO WIT:** This 17th day of July, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT

*Carol S. Wells*

CAROL SANDRA MOORE WELLS
CHIEF U.S. MAGISTRATE JUDGE

Civ 2 (7/83)
41.1(b)